35 U.S. 107
 10 Pet. 107
 9 L.Ed. 363
 HARRIET E. HOOK AND OTHERS, APPELLANTS
v.
JOHN LINTON, CURATOR.
 January Term, 1836
 
 1
 BILL in equity from the district court of Louisiana, brought by appeal to this court, from a decree of the district court dimissing the bill upon a demurrer.
 
 
 2
 It was suggested by Mr. Porter, as counsel for appellee, that Linton was dead, and he was ready to enter his appearance for his executor, and to revive the suit; and as no person appeared to prosecute the suit for the appellants, he moved for a dismissal of the appeal.
 
 
 3
 The Court took the motion into consideration, and on the succeeding day directed the appeal to be dismissed.